## Trembelas et al. *v.* Philadelphia, Appellant.

Argued September 21, 1971. *John Mattioni,* Deputy City Solicitor, with him *Charles Kovler,* Assistant City Solicitor, and *Levy Anderson,* City Solicitor, for appellant; *Harry R. Nixon,* with him *A. Groh Schneider,* and *Schneider & Nixon,* for appellees.

Order affirmed.

## Venture Sportswear Company et al. *v.* Mutual Insurance Company of Lehigh County, Appellant.

Argued September 14, 1971. *W. Hamlin Neely,* for appellant; *Thomas J. Calnan, Jr.,* for appellee.

Order affirmed.